# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | RIVIERA POOLS, INC. |
| **Case Number:** | 2:08-bk-13494-RJH  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 17, 2009 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

HEARING ON TRUSTEE'S OBJECTION TO CLAIMS 44, 45, 46, 47 & 48 & RESPONSE BY PARKWAY BANK

**R / M #:** 225 / 0

## *Appearances:*

ADAM B. NACH, ATTORNEY FOR S. WILLIAM MANERA
DARRELL DORSEY, ATTORNEY FOR PARKWAY BANK

## *Proceedings:*

Mr. Nach informed an agreement has not been reached.

Mr. Dorsey reviewed his position.

COURT:  IT IS ORDERED SETTING JANUARY 15, 2010 AS DEADLINE FOR PARKWAY BANK TO FILE A TURNOVER MOTION.  THE COURT WILL CONTINUE THIS HEARING INDEFINITELY ON TRUSTEE'S OBJECTION TO CLAIMS.